

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00151-CV

**IN RE** Dr. Richard Bruce **DE BENEDETTO**, M.D.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  March 25, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Dr. Richard DeBenedetto, filed a pro se petition for writ of mandamus on March 18, 2015, complaining of the trial court's failure to order a venue change in the underlying suit affecting the parent-child relationship. However, relator has failed to identify any trial court order or action constituting an abuse of discretion, and from which he seeks relief in this proceeding. *See* TEX. R. APP. P. 52.3(d)(3).

Mandamus will issue only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no adequate remedy by appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). The relator has the burden of providing this court with a record sufficient to establish a right to mandamus relief, including a copy of any order or other

---

[1] This proceeding arises out of Cause No. 111069C, styled *In the Interest of E.D., E.D., I.D., and J.D., Children*, pending in the County Court at Law, Kerr County, Texas, the Honorable Cathy Morris, Associate Judge, presiding.

document showing the matter complained of. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). The record provided does not reflect that the trial court has ruled on, or even considered, any request for venue change in the underlying proceeding. Therefore, relator has not established that he is entitled to the extraordinary remedy of mandamus review.

Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM